UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:13-cr-32-FtM-29UAM

JOSE MIGUEL FIGUEROA
_____/

### **FINAL JUDGMENT OF FORFEITURE**[1]

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for $9,923.00 in United States currency.

Being fully advised in the premises, the Court finds that on October 24, 2013, the Court, entered a $20,479.00 Forfeiture Money Judgment, and a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of the defendant in the $9,923.00, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). (Doc. #40).

The Court further finds that in accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the currency on the official government

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

website, www.forfeiture.gov, from October 25, 2013 through November 23, 2013. (Doc. #41). The publication gave notice to all third parties with a legal interest in the currency to file with the Office of the Clerk, United States District Court, 2110 First Street, Suite 2-194, Ft. Myers, Florida 33901, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

The Court further finds that no person other than the defendant Figueroa, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the currency. No third party has filed a petition or claimed an interest in the currency, and the time for filing a petition has expired.

Accordingly, it is hereby **ORDERED**

The United States' Motion for Final Judgment of Forfeiture is **GRANTED**. Pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the $9,923.00 in United States currency is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the currency is now vested in the United States of America.

**DONE and ORDERED** in Fort Myers, Florida, this 19th day of February, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record